PROB 12C
(6/16)

Report Date: January 25, 2017

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Michael Tomisser                      Case Number: 0980 2:11CR02115-EFS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓, Selah, Washington 98942

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 11, 2012
Dates of Resentencing: August 16, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 78 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentencing:<br>(08/16/2017) | Prison - 57 months;<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 16, 2016 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: August 15, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. Tomisser met with this officer on January 9, 2017, and admitted he relapsed and began using methamphetamine and marijuana on or about January 1 through January 6, 2017.  He signed an admission form confirming his drug use.

2 | **Special Condition #22**: The offender shall abstain from the use of illegal controlled substance, and shall submit to urinalysis and seat patch testing, as directed by eh supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Tomisser, Adam Michael**
**January 25, 2017**
Page 2

       **Supporting Evidence**: Mr. Tomisser failed to attend his random urinalysis test on January 20, 2017.

  3    **Standard Condition # 2**: The offender shall refrain from any unlawful use of a controlled substance. The offender shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

       **Supporting Evidence**: On January 24, 2017, Mr. Tomisser sent a text message to this officer's cellular telephone advising he had "used a lil, meth."

       On January 25, 2017, Mr. Tomisser reported to the probation office and admitted to using methamphetamine. He signed an admission form confirming his drug use.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 25, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

January 25, 2017
Date