United States District Court

for the

Eastern District of Washington

Report Date: April 4, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2018

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Michael Tomisser          Case Number: 0980 2:11CR02115-EFS-1

Address of Offender: ▇▇▇▇▇▇▇▇ Selah, Washington, 98942

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 11, 2012

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 78 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Resentencing:          Prison - 57 months;
(08/16/2016)           TSR - 36 months

Revocation
Sentence:              Prison - 12 months and 1 day;
(02/28/2017)           TSR - 24 months

Asst. U.S. Attorney:   Thomas J. Hanlon             Date Supervision Commenced: February 2, 2018

Defense Attorney:      Alison Guernsey              Date Supervision Expires: February 1, 2020

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about April 1, 2018, Mr. Tomisser consumed methamphetamine.<br><br>On February 5, 2018, a United States Probation officer met with Mr. Tomisser upon his release from custody. Mr. Tomisser reviewed and signed the revocation judgment and sentence, which outlined the conditions of supervised release.<br>On April 3, 2018, Mr. Tomisser reported to the United States Probation Office and provided |

a urinalysis (UA) sample which yielded a presumptive positive result for methamphetamine. Mr. Tomisser admitted to consuming methamphetamine on or about April 1, 2018, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 4, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

## THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

Signature of Judicial Officer

April 4, 2018
Date