PROB 12C
(6/16)

# United States District Court

Report Date: May 7, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2018

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Michael Tomisser    Case Number: 0980 2:11CR02115-EFS-1

Address of Offender:                Selah, Washington, 98942

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 11, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 78 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Resentencing: (08/16/2016) | Prison - 57 months; TSR - 36 months | |
| Revocation Sentence: (02/28/2017) | Prison - 12 months and 1 day; TSR - 24 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 2, 2018 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: February 1, 2020 |

**PETITIONING THE COURT**

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2018 and 04/04/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |
| | **Supporting Evidence**: On February 5, 2018, a United States Probation officer met with Mr. Tomisser upon his release from custody. Mr. Tomisser reviewed and signed the revocation judgment and sentence, which outlined the conditions of supervised release. |

Prob12C
**Re: Tomisser, Adam Michael**
May 7, 2018
Page 2

On May 7, 2018, Mr. Tomisser aborted inpatient treatment at Sundown M. Ranch against staff advice. According to staff at Sundown M. Ranch the offender was unwilling to participate in treatment and he left the facility at 1:15 p.m. Mr. Tomisser has failed to contact United States Probation since he left the treatment facility and his current whereabout are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2018 and 04/04/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 7, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

May 7, 2018
Date